UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN RANDOLPH,

                Plaintiff,

     -against-

OFFICER WILSON,

                Defendant.

20-CV-9678 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated January 5, 2021, and February 2, 2021, the Court directed Plaintiff to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. Those orders specified that failure to comply would result in dismissal of the complaint. On February 17, 2021, Plaintiff filed a letter requesting a 120-day extension to pre-pay the filing fee. Plaintiff's request is denied.

As Plaintiff has not filed a prisoner authorization or paid the fee, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 12, 2021
            New York, New York

                                                            COLLEEN McMAHON
                                                     Chief United States District Judge