UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN RANDOLPH,

                Plaintiff,

        -against-

OFFICER WILSON,

                Defendant.

20-CV-9678 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 12, 2021
            New York, New York

_____
          COLLEEN McMAHON
       Chief United States District Judge